IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ROBERT MCKINSEY, | |
|---|---|
| Plaintiff, | 4:15-CV-3103 |
| vs. | |
| KINECTA ALTERNATIVE FINANCIAL SERVICES, INC., d/b/a KINECTA FEDERAL CREDIT UNION, | ORDER |
| Defendant. | |

The Court has been advised that the parties in this case have settled their claims. Filing 21. Accordingly,

IT IS ORDERED:

1. On or before March 28, 2016, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case (including counterclaims and the like) may be dismissed without further notice.

3. This case is removed from the Court's trial docket.

4. The Clerk of the Court shall set a dismissal papers deadline of March 28, 2016.

Dated this 26th day of February, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge